UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO AVILES,

                                        Plaintiff,

            -against-

 HUNT, et al.,

                                        Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _4/23/2026_

**ORDER**

**25-CV-5071 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On April 21, 2026, pro se Plaintiff, Orlando Aviles, filed a letter informing the Court that he retained a process server to serve the Defendants in this action. (ECF No. 28) He further represents that in-person service was refused but that email service may be an option. He has requested direction from the Court. While the Court is not able to advise Plaintiff on how to proceed, there is a legal clinic in this District available to assist pro se parties in civil cases. The Clinic is run by a private organization called the City Bar Justice Center; it is not part of, or run by, the Court. The Clinic operates on-site at the U.S. District Court for the Southern District of New York's Manhattan courthouse at 40 Foley Square, New York, NY 10007, and the White Plains courthouse on occasion. Litigants in need of legal assistance are encouraged to make an appointment by completing the City Bar Justice Center's intake form available at https://www.citybarjusticecenter.org/projects/federal-pro-selegal-assistance-project/. If a litigant has questions about the intake form or needs to highlight an urgent deadline, the clinic can be contacted by phone at 212-382-4794 or email at fedprosdny@nycbar.org. In-person appointments in the Thurgood Marshall Courthouse in Manhattan and the Charles L. Brieant Jr.

2

Federal Building and Courthouse in White Plains are available Monday through Thursday, 10am

to 4pm. Appointments are also available remotely Monday through Friday, 10am to 4pm

Dated: New York, New York
       April 23, 2026

                          SO ORDERED.

                          _____
                          KATHARINE H. PARKER
                          United States Magistrate Judge