UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO AVILES,

                                            Plaintiff,

              -against-

   HUNT, et al.,

                                            Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/14/2026

**SCHEDULING ORDER**

**25-CV-5071 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On May 12, 2026, a letter from pro se Plaintiff was filed on the docket. He requests that the time to complete service be extended by 30 days so he may mail requests to waive service of summons to the defendants in the above-entitled action.  Plaintiff's request is GRANTED as the Court finds good cause exists for the failure to serve the Defendants in compliance with Fed. R. Civ. P. 4(m).  Accordingly, Plaintiff must serve the named Defendants by **June 15, 2026**. Plaintiff is warned that if he fails to do so, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant."  Fed. R. Civ. P. 4(m).

Dated: New York, New York
          May 14, 2026

                                   SO ORDERED.

                                   _____
                                   KATHARINE H. PARKER
                                   United States Magistrate Judge