UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ORLANDO AVILES,

Plaintiff,

-against-

HUNT, et al.,

Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  6/12/2026
```

**SCHEDULING ORDER**

**25-CV-5071 (AT) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

On June 11, 2026, Plaintiff filed a letter requesting that the time to complete service be extended by 30 days so he may email waiver of service requests to the defendants in the above-entitled action.

Rule 4(d) of the Federal Rules of Civil Procedure "permits a plaintiff to request that a defendant waive the formal requirements of service of process and further allows the plaintiff to recover the costs of complying with those requirements if the defendant refuses to waive formal service." *Stapo Inds., Inc. v. M/V/ Henry Hudson Bridge*, 190 F.R.D. 124, 125 (S.D.N.Y. 1999). The notice and request must:

> (A) be in writing and be addressed:
> > (i) to the individual defendant; or
> > (ii) for a defendant subject to service under Rule 4(h), to an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process;
> (B) name the court where the complaint was filed;
> (C) be accompanied by a copy of the complaint, 2 copies of the waiver form appended to this Rule 4, and a prepaid means for returning the form;
> (D) inform the defendant, using the form appended to this Rule 4, of the consequences of waiving and not waiving service;
> (E) state the date when the request is sent;

(F) give the defendant a reasonable time of at least 30 days after the request was sent-- or at least 60 days if sent to the defendant outside any judicial district of the United States--to return the waiver; and

(G) be sent by first-class mail or other reliable means.

Fed. R. Civ. P. 4(d)(1).

Plaintiff's request is GRANTED. Because Plaintiff was provided with email addresses during prior service attempts, email constitutes "other reliable means" within the meaning of Rule 4(d)(1)(G).  The Court finds that such a deviation from the technical waiver of service process is reasonably calculated to apprise the defendants of the pending action.  Plaintiff's 30-day extension request is also GRANTED.  Accordingly, Plaintiff must serve the named Defendants by **July 15, 2026**.  Plaintiff is once again warned that if he fails to do so, "the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant."  Fed. R. Civ. P. 4(m).

Dated: New York, New York
　　　June 12, 2026

　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　KATHARINE H. PARKER
　　　　　　　　　　　　　　　　United States Magistrate Judge

2